**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET, ROOM B-110
MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK                                                                                     TELEPHONE (334) 954-3600

April 22, 2022

# NOTICE OF DEFICIENCY REGARDING CORPORATE/ CONFLICT STATEMENT

**To:** Alexis Buford

**From:** Clerk's Office

**Case Style:** Buford v. Midland Credit Management, Inc.

**Case Number:** 2:22-cv-00183-SMD

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1 and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

<span style="color:red">**No corporate/conflict disclosure statement has been filed by you in this action.**</span>

**This deficiency must be corrected within ten (10) days from this date.    Please refer to attachment.**