IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALEXIS BUFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-183-SMD |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Upon consideration of the Motions for Admission *Pro Hac Vice* (Docs. 2, 3), including the supporting documents and receipt of the applicable fee, and pursuant to Local Rule 83.1(b), it is

ORDERED that the Motions are GRANTED. Attorneys Alexander D. Kruzyk and Aaron D. Radbil are hereby admitted *pro hac vice* as counsel for Plaintiff Alexis Buford for all further proceedings in this matter.

Done this 25th day of April, 2022.

/s/ Stephen M. Doyle
Stephen M. Doyle
CHIEF UNITED STATES MAGISTRATE JUDGE